Marlee Goska (Alaska Bar No. 2305043)
Rebecca Noblin (Alaska Bar No. 0611080)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 1178
Homer, AK 99603
(907) 931-4775
(907) 350-4822
mgoska@biologicaldiversity.org
rnoblin@biologicaldiversity.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

NATIVE VILLAGE OF HOOPER BAY, *et al.,*

          *Plaintiffs*,

      v.

DOUG BURGUM, *et al.,*

          *Defendants*.

Case No. 3:25-cv-00316-SLG

**NOTICE OF RELATED CASES**

(Local Rules 3.1(b) and 16.1(e))

Pursuant to Local Civil Rules 3.1(b) and 16.1(e), Plaintiffs Native Village of

Hooper Bay, Native Village of Paimiut, Chevak Native Village, and Center for

Biological Diversity (Collectively Native Village of Hooper Bay) provide notice of the

following related cases filed on November 12, 2025, in the United States District Court

for the District of Alaska: *Friends of Alaska National Wildlife Refuges v. Burgum et al.*,

*Native Village of Hooper Bay et al. v. Doug Burgum et al.*
Case No. 3:25-cv-00316-SLG

1

Civil Case No. 3:25-cv-00318-SLG (*Friends* case) and *Defenders of Wildlife v. Burgum et al.*, Civil Case No. 3:25-cv-00319-SLG (*Defenders of Wildlife* case).

These two related cases challenge the same land exchange agreement between the U.S. Secretary of the Interior and King Cove Corporation that Native Village of Hooper Bay challenges in this case. The two related cases and this case seek to invalidate and set aside the same land exchange, patent, warranty deed, and supporting decision documents. All three actions concern substantially the same parties, transactions, events, property, and facts. L.Civ.R. 3.1(b)(1).

The *Friends* case and this case raise similar legal claims under the Alaska National Interest Lands Conservation Act (ANILCA), National Environmental Policy Act, and Administrative Procedure Act. This case also raises additional claims under ANILCA and the Endangered Species Act that Friends do not raise. The *Defenders of Wildlife* case raises unique claims under the National Wildlife Refuge System Administration Act and Wilderness Act. While coordination of case management of these three cases is appropriate to conserve judicial and party resources, Native Village of Hooper Bay does not request consolidation given the distinct legal claims asserted in the three different actions. L.Civ.R. 16.1(e)(3). All three cases are currently assigned to the Honorable Sharon L. Gleason, and judicial economy warrants maintaining this common assignment.

Native Village of Hooper Bay also provides notice of the following closed cases:

1. *Agdaagux Tribe of King Cove, et al. v. Jewell, et al.*, Case No. 3:14-cv-0110-HRH (D. Alaska, filed June 4, 2014), *dismissed sub nom.*

Agdaagux Tribe of King Cove, et al. v. Zinke, et al., Case No. 15-35875 (9th Cir. 2017).

2. *Friends of Alaska Wildlife Refuges, et al. v. Zinke, et al.*, Case No. 3:18-cv-00029-SLG (D. Alaska, filed Jan. 31, 2018), *dismissed sub nom.* Friends of Alaska Wildlife Refuges, et al. v. Bernhardt, et al., Case No. 19-35451 (9th Cir. 2019).

3. *Friends of Alaska Wildlife Refuges, et al. v. Bernhardt, et al.*, Case No. 3:19-cv-00216-JWS (D. Alaska, filed Aug. 7, 2019), *dismissed sub nom.* Friends of Alaska Wildlife Refuges, *et al.* v. Haaland, *et al.*, Case No. 20-35721 (9th Cir. 2023).

These related cases involved the same geographic area as the present cases, and the two closed *Friends* cases involved similar claims and likely a substantially similar record to the present case. The present cases and the two closed *Friends* cases arise out of the Secretary of Interior's execution of a land exchange agreement with the King Cove Corporation to build a road through the Izembek National Wildlife Refuge and Wilderness.

Dated: November 19, 2025      Respectfully Submitted,

 s/ *Marlee Goska*

Marlee Goska (Alaska Bar No. 2305043)
CENTER FOR BIOLOGICAL DIVERSITY

 s/ *Rebecca Noblin*

Rebecca Noblin (Alaska Bar No. 0611080)
CENTER FOR BIOLOGICAL DIVERSITY

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I respectfully certify that on November 19, 2025, a copy of the foregoing Notice of

Related Cases was served by U.S. first-class mail on the following parties:

Secretary Doug Burgum
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

Kevin Pendergast, Alaska State Director
U.S. Bureau of Land Management
222 W 7th Avenue #13
Anchorage, AK 99513

U.S. Bureau of Land Management
1849 C Street NW
Washington, DC 20240

Sara Boario, Alaska Regional Director
U.S. Fish and Wildlife Service
1011 East Tudor Rd
Anchorage, AK 99503

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

Civil Process Clerk
U.S. Attorney's Office
222 West 7th Avenue
Room 253, #9
Anchorage, AK 99513

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

King Cove Corporation
c/o Chantae Kochuten, Registered Agent
PO Box 38
King Cove, AK 99612

Dated: November 19, 2025

 s/ *Marlee Goska*
  Marlee Goska