Marlee Goska (Alaska Bar No. 2305043)
Rebecca Noblin (Alaska Bar No. 0611080)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 1178
Homer, AK 99603
(907) 931-4775
(907) 350-4822
mgoska@biologicaldiversity.org
rnoblin@biologicaldiversity.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF HOOPER BAY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG BURGUM, et al., <br><br> *Defendants*. | Case No. 3:25-cv-00316-SLG |

## AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER DOCUMENTS

I respectfully certify that service for the above-captioned case took place as described below, which included true and correct copies of each of the following documents:

| | |
|---|---|
| N/A | Court-Issued Summons |
| Dkt. No. 1 | Complaint |
| Dkt. No. 2 | Civil Cover Sheet |
| Dkt. No. 5 | Plaintiffs' Rule 7.1 Disclosure Statement |

On November 14, 2025, the above-listed documents were sent by certified mail, electronic return receipt requested, to the following parties:

Secretary Doug Burgum
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

Kevin Pendergast, Alaska State Director
U.S. Bureau of Land Management
222 W 7th Avenue #13
Anchorage, AK 99513

U.S. Bureau of Land Management
1849 C Street NW
Washington, DC 20240

Sara Boario, Alaska Regional Director
U.S. Fish and Wildlife Service
1011 East Tudor Rd
Anchorage, AK 99503

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

Civil Process Clerk
U.S. Attorney's Office
222 West 7th Avenue
Room 253, #9
Anchorage, AK 99513

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Additionally, on November 14, 2025, the above-listed documents were sent by certified mail, electronic return receipt requested, with restricted delivery, to the following party:

King Cove Corporation
c/o Chantae Kochuten, Registered Agent
PO Box 38
38 Windy Walkway
King Cove, AK 99612

Because the original mailing to the U.S. Fish and Wildlife Service had not been delivered, on January 6, 2026, the above-listed documents were re-sent by certified mail, priority mail express, to:

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

Secretary Doug Burgum, the U.S. Department of the Interior, and Bureau of Land Management received the documents on November 26, 2025. The U.S. Attorney's Office received the documents on November 28, 2025. Alaska Regional Director Boario received the documents on December 2, 2025. Alaska State Director Pendergast received

the documents on December 5, 2025. Chantae Kochuten, Registered Agent for King Cove Corporation received the documents on December 9, 2025. The Attorney General received the documents on December 11, 2025. The U.S. Fish and Wildlife Service received the documents on January 7, 2026.

Receipts and delivery confirmations are attached as Exhibit A.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 8, 2026				Respectfully Submitted,

						 s/ *Rebecca Noblin*
						Rebecca Noblin (Alaska Bar No. 0611080)
						CENTER FOR BIOLOGICAL DIVERSITY
						P.O. Box 1178
						Homer, AK 99603
						(907) 350-4822
						rnoblin@biologicaldiversity.org

						*Attorney for Plaintiffs*

# Exhibit A



November 28, 2025

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 2720 0000 3781 5427**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | November 28, 2025, 4:53 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 14.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 26, 2025

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 2720 0000 3781 5366**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | November 26, 2025, 1:04 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 14.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | DC? — DeVore |
| Address of Recipient: | 20240 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 8, 2026

Dear Rebecca Noblin:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 2720 0000 3781 5373**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | December 2, 2025, 10:48 am |
| Location: | ANCHORAGE, AK 99503 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 14.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | *[handwritten address]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 26, 2025

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 2720 0000 3781 5335**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | November 26, 2025, 1:04 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 14.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *DC7— DeVore* |
| Address of Recipient: | *20240* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 7, 2026

Dear Marlee Goska:

The following is in response to your request for proof of delivery on your item with the tracking number: **ER26 0365 366U S**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 7, 2026, 12:01 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | Priority Mail Express® |
| **Extra Services:** | PO to Addressee |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | R JONES |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 8.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | R. Jones / R. Jones |
| Address of Recipient: | 20240 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 26, 2025

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 2720 0000 3781 5342**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | November 26, 2025, 1:04 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 15.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *DC? DeVore* |
| Address of Recipient: | *20240* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 8, 2026

Dear Rebecca Noblin:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 2720 0000 3781 5397**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | December 9, 2025, 3:42 pm |
| Location: | KING COVE, AK 99612 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | CHANTAEL KOCHUTEN |

| Shipment Details | |
|---|---|
| Weight: | 14.0oz |

**Recipient Signature**

Signature of Recipient: *Gen Glen*

Address of Recipient: PO BOX 38, KING COVE, AK 99612-0038

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 8, 2026

Dear Rebecca Noblin:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 2720 0000 3781 5359**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | December 5, 2025, 10:49 am |
| Location: | ANCHORAGE, AK 99501 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 14.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *Oliver H Dillard* |
| Address of Recipient: | 222 W 7 #13 BLM |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 8, 2026

Dear Rebecca Noblin:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 2720 0000 3781 5410**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | December 11, 2025, 11:00 am |
| Location: | ANCHORAGE, AK 99501 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 14.0oz |

### Recipient Signature

Signature of Recipient: *[handwritten signature]*

Address of Recipient: *[handwritten address]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004